Rose Griffith et al., Appellants, v. Walter R. Griffith, Appellee.

Singletary & Reaves, for Appellants.

Circuit Court of Manatee County; J. B. Wall, Judge.

Appeal from a decree in favor of appellee.

Appeal dismissed before the clerk on praecipe of counsel for appellants, November 29, 1909.